**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

Northern District of Georgia

Case number (*If known*): _____

Chapter you are filing under:
- ☐ Chapter 7
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | 11680 ROYAL RIDGE MOB1 SPE, LLC |
| 2. | **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names, and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 85-0817675 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 11680 Great Oaks Way <br> Number    Street | _____ <br> Number    Street |
| Suite 120 | _____ <br> P.O. Box |
| Alpharetta    GA    30022 <br> City    State    ZIP Code | _____ <br> City    State    ZIP Code |
| Fulton County <br> County | **Location of principal assets, if different from principal place of business** <br><br> _____ <br> Number    Street <br><br> _____ <br> _____ <br> City    State    ZIP Code |

5. **Debtor's website** (URL)    N/A

6. **Type of debtor**
- ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
- ☐ Partnership (excluding LLP)
- ☐ Other. Specify: _____

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 1

Debtor  **11680 ROYAL RIDGE MOB1 SPE, LLC**_____   Case number *(if known)*_____
          Name

| | | |
|---|---|---|
| **7.** | **Describe debtor's business** | A. *Check one:*<br>☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))<br>☑ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))<br>☐ Railroad (as defined in 11 U.S.C. § 101(44))<br>☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))<br>☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))<br>☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))<br>☐ None of the above<br><br>B. *Check all that apply:*<br>☐ Tax-exempt entity (as described in 26 U.S.C. § 501)<br>☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)<br>☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))<br><br>C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .<br>**5311**____ |
| **8.** | **Under which chapter of the Bankruptcy Code is the debtor filing?**<br><br>A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box. | *Check one:*<br>☐ Chapter 7<br>☐ Chapter 9<br>☑ Chapter 11.  *Check **all** that apply*:<br>   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br>   ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br>   ☐ A plan is being filed with this petition.<br>   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).<br>   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.<br>   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.<br>☐ Chapter 12 |
| **9.** | **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**<br><br>If more than 2 cases, attach a separate list. | ☑ No<br>☐ Yes.  District _____  When _____  Case number _____<br>                                               MM / DD / YYYY<br>      District _____  When _____  Case number _____<br>                                               MM / DD / YYYY |
| **10.** | **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**<br><br>List all cases. If more than 1, attach a separate list. | ☑ No<br>☐ Yes.  Debtor _____  Relationship _____<br>      District _____  When _____<br>                                            MM / DD / YYYY<br>      Case number, if known _____ |

| Debtor | 11680 ROYAL RIDGE MOB1 SPE, LLC | Case number (if known) _____ |
|---|---|---|
| | Name | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

Where is the property? _____
Number    Street

_____

_____
City                                    State    ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million
☐ $1,000,001-$10 million
☑ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

---

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page **3**

Debtor  11680 ROYAL RIDGE MOB1 SPE, LLC  Case number (*if known*) _____
        Name

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☒ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  10/03/2022
            MM / DD / YYYY

✗ /s/ Scott C Honan                                Scott C Honan
Signature of authorized representative of debtor    Printed name

Title  Designated Manager

**18. Signature of attorney**

✗ /s/ Will Geer                          Date  10/03/2022
Signature of attorney for debtor                MM / DD / YYYY

Will Geer
Printed name

Rountree, Leitman, Klein & Geer, LLC
Firm name

2987 Clairmont Road Suite 350
Number   Street

Atlanta                                  GA        30329
City                                     State     ZIP Code

678-587-8740                             wgeer@rlkglaw.com
Contact phone                            Email address

940493                                   GA
Bar number                               State

**Fill in this information to identify the case:**

Debtor name: 11680 ROYAL RIDGE MOB1 SPE, LLC

United States Bankruptcy Court for the: Northern District of Georgia

Case number (If known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Georgia Power<br>241 Ralph McGill Blvd<br>Atlanta, GA, 30308-3374 | | Utility Services | | | | 114,712.10 |
| 2 | Pencor, LLC<br>625 Sienna Drive<br>Cumming, GA, 30040 | | Suppliers or Vendors | | | | 41,027.74 |
| 3 | The Tile Shop, LLC<br>PO Box 74007280<br>Chicago, IL, 60674-7280 | | Suppliers or Vendors | | | | 37,004.80 |
| 4 | Spectra Contract Flooring<br>PO Box 208408<br>Dallas, TX, 75320 | | Suppliers or Vendors | | | | 14,367.05 |
| 5 | Dogwood Facilities Services LLC<br>1216 Weeping Willow<br>Atlanta, GA, 30188-4650 | | Suppliers or Vendors | | | | 14,175.00 |
| 6 | Lipscomb & Pitts Insurance<br>2670 Union Ave Extended<br>Suite 100<br>Memphis, TN, 38112-4416 | | Suppliers or Vendors | | | | 12,334.78 |
| 7 | Royal 400 Property Owner's Association, Inc.<br>c/o Holder Properties, Inc, 3300 Cumberland Blvd<br>Atlanta, GA, 30339 | | Suppliers or Vendors | | | | 8,583.55 |
| 8 | Traditions In Tile<br>3065 Trotters Parkway<br>Alpharetta, GA, 30004 | | Suppliers or Vendors | | | | 7,535.24 |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 1

Debtor  11680 ROYAL RIDGE MOB1 SPE, LLC                            Case number (*if known*) _____
        Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | United Fire Protection, Inc  3247 Tech Drive  ST. Petersburg, GA, 33716 | | Suppliers or Vendors | | | | 6,321.00 |
| 10 | American Telecommunications Services Inc.  1832 Jakes Cove  Loganville, GA, | | Suppliers or Vendors | | | | 4,575.20 |
| 11 | Fulton County Water  PO Box 105300  Atlanta, GA, 30308-3374 | | Suppliers or Vendors | | | | 4,186.95 |
| 12 | GA Granite  4295 Wendell Drive  Atlanta, GA, 30336 | | Suppliers or Vendors | | | | 3,271.94 |
| 13 | Monumental Equipment, Inc.  420 Thunder Road  Buford, GA, 30518 | | Suppliers or Vendors | | | | 2,979.38 |
| 14 | Section 10, Incorporated  266 Woodland Road  Norcross, GA, 30071 | | Suppliers or Vendors | | | | 2,925.00 |
| 15 | Honan Traywick, LLC  11680 Great Oaks Way  Suite 120  Alpharetta, GA, 30022 | | Suppliers or Vendors | | | | 1,755.00 |
| 16 | Hart Electrical Contractors, Inc.  309 Oakland Road  Building 200  Lawrenceville, GA, 30044 | | Suppliers or Vendors | | | | 1,583.98 |
| 17 | Convergint Technologies LLC  35257 Eagle Way  Chicago, IL, 60678-1352 | | Suppliers or Vendors | | | | 1,330.00 |
| 18 | Superior Water Services Inc  PO Box 6637  Marietta, GA, 30065 | | Suppliers or Vendors | | | | 1,320.00 |
| 19 | AT&T  PO Box 5014  Carol Stream, IL, 60197-5014 | | Telephone / Internet services | | | | 1,247.04 |
| 20 | TefftNet, Inc. / IMPAK  PO Box 820706  Houston, TX, 77282-0706 | | Suppliers or Vendors | | | | 936.46 |

Official Form 204        Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims        page 2

A and S Lock and Safe
433 Canton Road
Cumming, GA

American Telecommunications Services Inc.
1832 Jakes Cove
Loganville, GA

AT&T
PO Box 5014
Carol Stream, IL 60197-5014

Capital City Mechanical Services, Inc.
4955 Avalon Ridge Parkway
Suite 100
Peachtree Corners, GA 30071

Convergint Technologies LLC
35257 Eagle Way
Chicago, IL 60678-1352

County Fire Equipment LLC
736 Lawrence Street NE
Marietta, GA 30060

Dogwood Facilities Services LLC
1216 Weeping Willow
Atlanta, GA 30188-4650

Fulton County Water
PO Box 105300
Atlanta, GA 30308-3374

GA Granite
4295 Wendell Drive
Atlanta, GA 30336

Georgia Power
241 Ralph McGill Blvd
Atlanta, GA 30308-3374

Hart Electrical Contractors, Inc.
309 Oakland Road
Building 200
Lawrenceville, GA 30044

Honan Preferred Equity, LLC
11680 Great Oaks Way
120
Alpharetta, GA 30022

Honan Traywick, LLC
11680 Great Oaks Way
Suite 120
Alpharetta, GA 30022

Lipscomb & Pitts Insurance
2670 Union Ave Extended
Suite 100
Memphis, TN 38112-4416

Monumental Equipment, Inc.
420 Thunder Road
Buford, GA 30518

Pencor, LLC
625 Sienna Drive
Cumming, GA 30040

RGA Reinsurance Company
16600 Swingley Ridge Road
Chesterfield, MO 63017

Royal 400 Property Owner's Association, Inc.
c/o Holder Properties, Inc, 3300 Cumberland Blvd
Atlanta, GA 30339

Section 10, Incorporated
266 Woodland Road
Norcross, GA 30071

Southern Inspection Group Inc.
5218 Arbor View Lane
Sugar Hill, GA 30518

Spectra Contract Flooring
PO Box 208408
Dallas, TX 75320

Superior Water Services Inc
PO Box 6637
Marietta, GA 30065

TefftNet, Inc. / IMPAK
PO Box 820706
Houston, TX 77282-0706

The Tile Shop, LLC
PO Box 74007280
Chicago, IL 60674-7280

Traditions In Tile
3065 Trotters Parkway
Alpharetta, GA 30004


United Fire Protection, Inc
3247 Tech Drive
ST. Petersburg, GA 33716


Waste Management
PO Box 42930
Phoenix, AZ 85080

United States Bankruptcy Court
Northern District of Georgia

In re: 11680 ROYAL RIDGE MOB1 SPE, LLC

Case No.

Chapter 11

Debtor(s)

### Verification of Creditor Matrix

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: 10/03/2022

/s/ Scott C Honan
Signature of Individual signing on behalf of debtor

Designated Manager
Position or relationship to debtor