**Fill in this information to identify the case:**

Debtor name ____11680 ROYAL RIDGE MOB1 SPE, LLC____

United States Bankruptcy Court for the: ____Northern District of Georgia____

(State)

Case number (If known): ____22-57946____

☐ Check if this is an
amended filing

## Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

**12/15**

---

**Part 1:**  **Summary of Assets**

---

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B* ..............................................................

   $ 40,656,000.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*..............................................................

   $ 4,698.36

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B* ..............................................................

   $ 40,660,698.36

---

**Part 2:**  **Summary of Liabilities**

---

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* ................................

   $ 18,875,510.35

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 6a of *Schedule E/F*..........................................

   $ 0.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F* ........................................................

   +$ 18,774,862.23

4. **Total liabilities** ...................................................................................................................................
   Lines 2 + 3a + 3b

   $ 37,650,372.58

**Fill in this information to identify the case:**

Debtor name ___11680 ROYAL RIDGE MOB1 SPE, LLC___

United States Bankruptcy Court for the: __Northern District of Georgia__

Case number (If known): __22-57946__

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property  12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:  Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand**  $ 0.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. Truist | Checking | 1  9  1  7 | $ 4,698.36 |
| 3.2. | | | $ |

4. **Other cash equivalents** *(Identify all)*

   4.1. _____  $ _____
   4.2. _____  $ _____

5. **Total of Part 1**  $ 4,698.36

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

## Part 2:  Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   7.1. _____  $ _____
   7.2. _____  $ _____

Debtor    11680 ROYAL RIDGE MOB1 SPE, LLC _____    Case number *(if known)* 22-57946
         Name

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1. _____    $ _____

8.2. _____    $ _____

**9. Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.    $ _____

---

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☑ No. Go to Part 4.

☐ Yes. Fill in the information below.

**Current value of debtor's interest**

**11. Accounts receivable**

11a. 90 days old or less:  _____ – _____ = ........ ➔    $ _____
                         face amount      doubtful or uncollectible accounts

11b. Over 90 days old:    _____ – _____ = ........ ➔    $ _____
                         face amount      doubtful or uncollectible accounts

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.    $ _____

---

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14. Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1. _____    _____    $ _____

14.2. _____    _____    $ _____

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                          % of ownership:

15.1. _____    _____%    _____    $ _____

15.2. _____    _____%    _____    $ _____

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1. _____    _____    $ _____

16.2. _____    _____    $ _____

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.    $ _____

---

Debtor    11680 ROYAL RIDGE MOB1 SPE, LLC
                    Name

Case number (if known) 22-57946

---

<table>
<tr><td style="background:black; color:white"><b>Part 5:</b></td><td><b>Inventory, excluding agriculture assets</b></td></tr>
</table>

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| **20. Work in progress** | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| **21. Finished goods, including goods held for resale** | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| **22. Other inventory or supplies** | _____ MM / DD / YYYY | $_____ | _____ | $_____ |

**23. Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$_____

**24. Is any of the property listed in Part 5 perishable?**

☐ No

☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value _____  Valuation method_____  Current value_____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐ No

☐ Yes

<table>
<tr><td style="background:black; color:white"><b>Part 6:</b></td><td><b>Farming and fishing-related assets (other than titled motor vehicles and land)</b></td></tr>
</table>

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested** | $_____ | _____ | $_____ |
| **29. Farm animals** *Examples:* Livestock, poultry, farm-raised fish | $_____ | _____ | $_____ |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | $_____ | _____ | $_____ |
| **31. Farm and fishing supplies, chemicals, and feed** | $_____ | _____ | $_____ |
| **32. Other farming and fishing-related property not already listed in Part 6** | $_____ | _____ | $_____ |

---

Debtor    11680 ROYAL RIDGE MOB1 SPE, LLC                                    Case number (if known) 22-57946
          Name

33. **Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$_____

34. **Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

   ☐ No

   ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____  Valuation method _____  Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

**Part 7:**    Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No. Go to Part 8.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | $_____ | _____ | $_____ |
| 40. **Office fixtures** | $_____ | _____ | $_____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | $_____ | _____ | $_____ |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | $_____ | _____ | $_____ |
| 42.2 _____ | $_____ | _____ | $_____ |
| 42.3 _____ | $_____ | · $_____ |

43. **Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$_____

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

Debtor    11680 ROYAL RIDGE MOB1 SPE, LLC
_____    Case number *(if known)* 22-57946
Name

---

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 _____ | $_____ | _____ | $_____ |
| 47.2 _____ | $_____ | _____ | $_____ |
| 47.3 _____ | $_____ | _____ | $_____ |
| 47.4 _____ | $_____ | _____ | $_____ |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 _____ | $_____ | _____ | $_____ |
| 48.2 _____ | $_____ | _____ | $_____ |
| **49. Aircraft and accessories** | | | |
| 49.1 _____ | $_____ | _____ | $_____ |
| 49.2 _____ | $_____ | _____ | $_____ |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| | $_____ | _____ | $_____ |

**51. Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87.

$_____

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☐ No
☐ Yes

---

Debtor   11680 ROYAL RIDGE MOB1 SPE, LLC
         Name                                                                    Case number (if known)_____22-57946_____

---

## Part 9:   Real property

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1   11680 Great Oaks Way, Alpharetta, GA 30022 | Owned | $_____0.00_____ | Replacement | $_____40,656,000.00_____ |
| 55.2 | | $_____ | _____ | $_____ |
| 55.3 | | $_____ | _____ | $_____ |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

| |
|---|
| $_____40,656,000.00_____ |

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No

☑ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

## Part 10:   Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>_____ | $_____ | _____ | $_____ |
| 61. **Internet domain names and websites**<br>_____ | $_____ | _____ | $_____ |
| 62. **Licenses, franchises, and royalties**<br>_____ | $_____ | _____ | $_____ |
| 63. **Customer lists, mailing lists, or other compilations**<br>_____ | $_____ | _____ | $_____ |
| 64. **Other intangibles, or intellectual property**<br>_____ | $_____ | _____ | $_____ |
| 65. **Goodwill**<br>_____ | $_____ | _____ | $_____ |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| |
|---|
| $_____ |

---

Debtor    11680 ROYAL RIDGE MOB1 SPE, LLC    Case number *(if known)* 22-57946
          Name

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?
   - ☐ No
   - ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
   - ☐ No
   - ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
   - ☐ No
   - ☐ Yes

## Part 11:   All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

   - ☑ No. Go to Part 12.
   - ☐ Yes. Fill in the information below.

|  | | Current value of debtor's interest |
|---|---|---|

71. **Notes receivable**

   Description (include name of obligor)

   _____    _____ — _____ = ➤  $_____
                               Total face amount    doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

   Description (for example, federal, state, local)

   _____    Tax year _____  $_____
   _____    Tax year _____  $_____
   _____    Tax year _____  $_____

73. **Interests in insurance policies or annuities**

   _____                         $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

   _____                         $_____

   Nature of claim     _____
   Amount requested    $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

   _____                         $_____

   Nature of claim     _____
   Amount requested    $_____

76. **Trusts, equitable or future interests in property**

   _____                         $_____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

   _____                         $_____
   _____                         $_____

78. **Total of Part 11.**

   Add lines 71 through 77. Copy the total to line 90.                $_____

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
   - ☐ No
   - ☐ Yes

Debtor    11680 ROYAL RIDGE MOB1 SPE, LLC    Case number *(if known)* 22-57946
Name

| **Part 12:** | **Summary** |

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 4,698.36 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ............................... ➔ | | $ 40,656,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. ...........................91a. | $ 4,698.36 | + 91b. $ 40,656,000.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ................................................... 40,660,698.36    $ 40,660,698.36

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | 11680 ROYAL RIDGE MOB1 SPE, LLC |
| United States Bankruptcy Court for the: | Northern District of Georgia |
| Case number (If known): | 22-57946 |

☐ Check if this is an
amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A Amount of claim Do not deduct the value of collateral. | Column B Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** Creditor's name RGA Reinsurance Company | Describe debtor's property that is subject to a lien 11680 Great Oaks Way, Alpharetta, GA 30022 | $ 18,875,510.35 | $ 40,656,000.00 |

**2.1** Creditor's name
RGA Reinsurance Company

Creditor's mailing address
16600 Swingley Ridge Road
Chesterfield, MO 63017

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Specify each creditor, including this creditor,

Describe debtor's property that is subject to a lien
11680 Great Oaks Way, Alpharetta, GA 30022

Describe the lien

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.2** Creditor's name

Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
Last 4 digits of account number

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

$ _____    $ _____

Describe the lien

Is the creditor an insider or related party?
☐ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $ 18,875,510.35

Debtor    11680 ROYAL RIDGE MOB1 SPE, LLC

Name

Case number *(if known)*    22-57946

---

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | 11680 ROYAL RIDGE MOB1 SPE, LLC |
| United States Bankruptcy Court for the: | Northern District of Georgia |
| Case number (If known) | 22-57946 |

☐ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1: List All Creditors with PRIORITY Unsecured Claims

**1. Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
☐ No. Go to Part 2.
☑ Yes. Go to line 2.

**2.** List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address
Georgia Department of Labor
148 Andrew Young Inter. Blvd
Room 738
Atlanta, GA, 30303-0000

As of the petition filing date, the claim is: $ 0.00 — $ ____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

Basis for the claim:
Taxes & Other Government Units

**Last 4 digits of account number** _____

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )

**2.2** Priority creditor's name and mailing address
Georgia Department of Revenue
1800 Century Boulevard
Suite 9100
Atlanta, GA, 30345-0000

As of the petition filing date, the claim is: $ 0.00 — $ ____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

Basis for the claim:
Taxes & Other Government Units

**Last 4 digits of account number** _____

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )

**2.3** Priority creditor's name and mailing address
Internal Revenue Service
CIO
P.O. Box 7346
Philadelphia, PA, 19101-7346

As of the petition filing date, the claim is: $ 0.00 — $ ____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

Basis for the claim:
Taxes & Other Government Units

**Last 4 digits of account number** _____

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )

Debtor  1886 ROYAL RIDGE MOBY SPE, LLC
_____
Name

Case number (if known) 22-57946

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

**3.1**
**Nonpriority creditor's name and mailing address**
A and S Lock and Safe
433 Canton Road

Cumming, GA,

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 638.09

**Date or dates debt was incurred** 06/02/2021
**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.2**
**Nonpriority creditor's name and mailing address**
American Telecommunications Services Inc.
1832 Jakes Cove

Loganville, GA,

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 4,575.20

**Date or dates debt was incurred** 07/09/2021
**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.3**
**Nonpriority creditor's name and mailing address**
AT&T
PO Box 5014

Carol Stream, IL, 60197-5014

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Telephone / Internet services

$ 150.00

**Date or dates debt was incurred** 03/11/2021
**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.4**
**Nonpriority creditor's name and mailing address**
AT&T
PO Box 5014

Carol Stream, IL, 60197-5014

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Telephone / Internet services

$ 1,247.04

**Date or dates debt was incurred** 03/11/2021
**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.5**
**Nonpriority creditor's name and mailing address**
Capital City Mechanical Services, Inc.
4955 Avalon Ridge Parkway
Suite 100
Peachtree Corners, GA, 30071

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 700.00

**Date or dates debt was incurred** 06/13/2022
**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.6**
**Nonpriority creditor's name and mailing address**
Convergint Technologies LLC
35257 Eagle Way

Chicago, IL, 60678-1352

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 1,330.00

**Date or dates debt was incurred** 02/26/2021
**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    1660 ROYAL RIDGE MOB1 SPE, LLC
          Name
                                                    Case number (if known)    22-57946

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.7    Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ 278.50 |
|---|---|---|
| County Fire Equipment LLC<br>736 Lawrence Street NE<br><br>Marietta, GA, 30060 | | |
| | **Basis for the claim:** Suppliers or Vendors | |
| Date or dates debt was incurred    06/08/2022 | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |
| Last 4 digits of account number | | |

| 3.8    Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ 14,175.00 |
|---|---|---|
| Dogwood Facilities Services LLC<br>1216 Weeping Willow<br><br>Atlanta, GA, 30188-4650 | | |
| | **Basis for the claim:** Suppliers or Vendors | |
| Date or dates debt was incurred    05/06/2021 | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |
| Last 4 digits of account number | | |

| 3.9    Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ 4,186.95 |
|---|---|---|
| Fulton County Water<br>PO Box 105300<br><br>Atlanta, GA, 30308-3374 | | |
| | **Basis for the claim:** Suppliers or Vendors | |
| Date or dates debt was incurred    07/12/2021 | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |
| Last 4 digits of account number | | |

| 3.10    Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ 3,271.94 |
|---|---|---|
| GA Granite<br>4295 Wendell Drive<br><br>Atlanta, GA, 30336 | | |
| | **Basis for the claim:** Suppliers or Vendors | |
| Date or dates debt was incurred    04/18/2022 | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |
| Last 4 digits of account number | | |

| 3.11    Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ 114,712.10 |
|---|---|---|
| Georgia Power<br>241 Ralph McGill Blvd<br><br>Atlanta, GA, 30308-3374 | | |
| | **Basis for the claim:** Utility Services | |
| Date or dates debt was incurred    04/30/2021 | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |
| Last 4 digits of account number | | |

| Debtor | 11680 ROYAL RIDGE/MOB1 SPE, LLC | Case number (if known) | 22-57946 |
| | Name | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.12** Nonpriority creditor's name and mailing address

Hart Electrical Contractors, Inc.
309 Oakland Road
Building 200
Lawrenceville, GA, 30044

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred   02/07/2022
Last 4 digits of account number

$ 1,583.98

---

**3.13** Nonpriority creditor's name and mailing address

Honan Preferred Equity, LLC
11680 Great Oaks Way
120
Alpharetta, GA, 30022

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Unsecured Debt

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred   02/01/2021
Last 4 digits of account number

$ 18,490,000.00

---

**3.14** Nonpriority creditor's name and mailing address

Honan Traywick, LLC
11680 Great Oaks Way
Suite 120
Alpharetta, GA, 30022

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred   11/11/2021
Last 4 digits of account number

$ 1,755.00

---

**3.15** Nonpriority creditor's name and mailing address

Lipscomb & Pitts Insurance
2670 Union Ave Extended
Suite 100
Memphis, TN, 38112-4416

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred   03/07/2022
Last 4 digits of account number

$ 12,334.78

---

**3.16** Nonpriority creditor's name and mailing address

Monumental Equipment, Inc.
420 Thunder Road

Buford, GA, 30518

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred   07/26/2022
Last 4 digits of account number

$ 2,979.38

---

| Debtor | 1600 ROYAL RIDGE MOB1 SPE, LLC | Case number (if known) | 22-57946 |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 17 **Nonpriority creditor's name and mailing address**

Pencor, LLC
625 Sienna Drive

Cumming, GA, 30040

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 41,027.74

Date or dates debt was incurred    06/30/2021

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 18 **Nonpriority creditor's name and mailing address**

Royal 400 Property Owner's Association, Inc.
c/o Holder Properties, Inc, 3300 Cumberland Blvd

Atlanta, GA, 30339

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 8,583.55

Date or dates debt was incurred    02/14/2022

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 19 **Nonpriority creditor's name and mailing address**

Section 10, Incorporated
266 Woodland Road

Norcross, GA, 30071

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 2,925.00

Date or dates debt was incurred    10/26/2021

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 20 **Nonpriority creditor's name and mailing address**

Southern Inspection Group Inc.
5218 Arbor View Lane

Sugar Hill, GA, 30518

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 435.00

Date or dates debt was incurred    07/11/2022

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 21 **Nonpriority creditor's name and mailing address**

Spectra Contract Flooring
PO Box 208408

Dallas, TX, 75320

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 14,367.05

Date or dates debt was incurred    02/02/2022

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor   1660 ROYAL RIDGE MOB1 SPE, LLC   Case number *(if known)* 22-57946
Name

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** **22** Nonpriority creditor's name and mailing address

Superior Water Services Inc
PO Box 6637

Marietta, GA, 30065

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**$ 1,320.00**

Date or dates debt was incurred   04/30/2021

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** **23** Nonpriority creditor's name and mailing address

TefftNet, Inc. / IMPAK
PO Box 820706

Houston, TX, 77282-0706

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**$ 936.46**

Date or dates debt was incurred   02/21/2021

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** **24** Nonpriority creditor's name and mailing address

The Tile Shop, LLC
PO Box 74007280

Chicago, IL, 60674-7280

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**$ 37,004.80**

Date or dates debt was incurred   10/08/2021

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** **25** Nonpriority creditor's name and mailing address

Traditions In Tile
3065 Trotters Parkway

Alpharetta, GA, 30004

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**$ 7,535.24**

Date or dates debt was incurred   06/17/2021

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** **26** Nonpriority creditor's name and mailing address

United Fire Protection, Inc
3247 Tech Drive

ST. Petersburg, GA, 33716

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**$ 6,321.00**

Date or dates debt was incurred   08/18/2022

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Official Form 206E/F   Schedule E/F: Creditors Who Have Unsecured Claims   page 6 of 9

Debtor    1680 ROYAL RIDGE MOB1 SPE, LLC        Case number *(if known)*   22-57946
_____
Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.** 27   Nonpriority creditor's name and mailing address

Waste Management
PO Box 42930

Phoenix, AZ, 85080

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 488.43

Date or dates debt was incurred    02/24/2021

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.** ____   Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ _____

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.** ____   Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ _____

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.** ____   Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ _____

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.** ____   Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ _____

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☐ No
☐ Yes

---

Debtor _____ROYAL RIDGE MOBI...SPE, LLC_____ Case number (if known) _22-57946_____
    Name

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

    **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1. Department of Justice, Tax Division<br>Civil Trial Section, Southern Region<br>PO Box 14198<br>Washington, DC, 20044 | Line 2.3<br>☐ Not listed. Explain: | _____ |
| 4.2. Internal Revenue Service<br>401 W. Peachtree St. NW<br>Stop 334-D<br>Atlanta, GA, 30308 | Line 2.3<br>☐ Not listed. Explain | _____ |
| 4.3. United States Attorney General<br>C/o Merrick Garland/ US Department of Justice<br>950 Pennsylvania Ave NW<br>Washington, DC, 20530 | Line 2.3<br>☐ Not listed. Explain | _____ |
| 4.4. United States Attorney/ Civil Process Clerk<br>600 Richard B. Russell Building<br>Atlanta, GA, 30303 | Line 2.3<br>☐ Not listed. Explain | _____ |
| 41. | Line ____<br>☐ Not listed. Explain | _____ |
| 4.5. | Line ____<br>☐ Not listed. Explain | _____ |
| 4.6. | Line ____<br>☐ Not listed. Explain | _____ |
| 4.7. | Line ____<br>☐ Not listed. Explain | _____ |
| 4.8. | Line ____<br>☐ Not listed. Explain | _____ |
| 4.9. | Line ____<br>☐ Not listed. Explain | _____ |
| 4.10. | Line ____<br>☐ Not listed. Explain | _____ |
| 4.11. | Line ____<br>☐ Not listed. Explain | _____ |

Debtor   PR888 ROYAL RIDGE MOB SPE, LLC          Case number (if known)  22-57946
         Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |

5. **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ 0.00 |
| 5b. **Total claims from Part 2** | 5b. + | $ 18,774,862.23 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 18,774,862.23 |

**Fill in this information to identify the case:**

Debtor name _11680 ROYAL RIDGE MOB1 SPE, LLC_

United States Bankruptcy Court for the: _Northern District of Georgia_

Case number (If known): _22-57946_        Chapter _11_

☐ Check if this is an amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases                              12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | 11680 Great Oaks Way Suite 330 Alpharetta, GA 30022 Lessor | Alpharetta Infrared Therapy, LLC 11680 Great Oaks Way Suite 330 Alpharetta, GA, 30022 |
| | State the term remaining | 240 | |
| | List the contract number of any government contract | | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | 11680 Great Oaks Way Suite 420 Alpharetta, GA 30022 Lessor | Alpharetta Cloud Health Medical Services, LLC 11680 Great Oaks Way Suite 420 Alpharetta, GA, 30022 |
| | State the term remaining | 180 | |
| | List the contract number of any government contract | | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | 11680 Great Oaks Way Suite 520 Alpharetta, GA 30022 Lessor | Alpharetta Pain Management, LLC 11680 Great Oaks Way Alpharetta, GA, 30022 |
| | State the term remaining | 240 | |
| | List the contract number of any government contract | | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | 11680 Great Oaks Way Suite 500 Alpharetta, GA 30022 Lessor | Alpharetta Physician Advisors, LLC 11680 Great Oaks Way Suite 500 Alpharetta, GA, 30022 |
| | State the term remaining | 240 | |
| | List the contract number of any government contract | | |
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | 11680 Great Oaks Way Suite 310 Alpharetta, GA 30022 Lessor | Alpharetta Sports Sciences, LLC 11680 Great Oaks Way Suite 310 Alpharetta, GA, 30022 |
| | State the term remaining | 180 | |
| | List the contract number of any government contract | | |

| Debtor | 11680 ROYAL RIDGE MOB1 SPE, LLC | Case number (if known) | 22-57946 |
|---|---|---|---|
| | Name | | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.6** State what the contract or lease is for and the nature of the debtor's interest<br><br>11680 Great Oaks Way<br>Suite 300<br>Alpharetta, GA 30022<br>Lessee<br>240<br><br>State the term remaining<br><br>List the contract number of any government contract | Alpharetta Sports Specific Training, LLC<br>11680 Great Oaks Way<br>Suite 300<br>Alpharetta, GA, 30022 |
| **2.7** State what the contract or lease is for and the nature of the debtor's interest<br><br>11680 Great Oaks Way<br>Suite 110<br>Alpharetta, GA 30022<br>Lessee<br>240<br><br>State the term remaining<br><br>List the contract number of any government contract | Honan Property Management, LLC<br>11680 Great Oaks Way<br>Suite 110<br>Alpharetta, GA, 30022 |
| **2.8** State what the contract or lease is for and the nature of the debtor's interest<br><br>11680 Great Oaks Way<br>Suite 530<br>Alpharetta, GA 30022<br>Lessee<br>240<br><br>State the term remaining<br><br>List the contract number of any government contract | Atlanta Medical Institute for Medical Weight Loss, LLC<br>11680 Great Oaks Way<br>Suite 530<br>Alpharetta, GA, 30022 |
| **2.9** State what the contract or lease is for and the nature of the debtor's interest<br><br>11680 Great Oaks Way<br>Suite 140<br>Alpharetta, GA 30022<br>Lessee<br><br>State the term remaining<br><br>List the contract number of any government contract | Atlanta Wellpoint Cancer Diagnostics, LLC<br>11680 Great Oaks Way<br>Suite 140<br>Alpharetta, GA, 30022 |
| **2.10** State what the contract or lease is for and the nature of the debtor's interest<br><br>11680 Great Oaks Way<br>Suite 600<br>Alpharetta, GA 30022<br>Lessee<br>180<br><br>State the term remaining<br><br>List the contract number of any government contract | Einstein Smartcare, LLC<br>11680 Great Oaks Way<br>Suite 600<br>Alpharetta, GA, 30022 |
| **2.11** State what the contract or lease is for and the nature of the debtor's interest<br><br>11680 Great Oaks Way<br>Suite 400<br>Alpharetta, GA 30022<br>Lessee<br>180<br><br>State the term remaining<br><br>List the contract number of any government contract | Lifehope Genetics Life and Wellness, LLC<br>11680 Great Oaks Way<br>Suite 400<br>Alpharetta, GA, 30022 |
| **2.12** State what the contract or lease is for and the nature of the debtor's interest<br><br>11680 Great Oaks Way<br>Suite 410<br>Alpharetta, GA 30022<br>Lessee<br>180<br><br>State the term remaining<br><br>List the contract number of any government contract | Lifehope Microbiome, LLC<br>11680 Great Oaks Way<br>Suite 410<br>Alpharetta, GA, 30022 |

| Debtor | 11680 ROYAL RIDGE MOB1 SPE, LLC | Case number *(if known)* | 22-57946 |
|---|---|---|---|
| | Name | | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.13 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number o any government contract** | 11680 Great Oaks Way<br>Suite 240<br>Lessor<br><br>180 | Mittere, Inc. d/b/a Oxygen Therapy<br>11680 Great Oaks Way<br>Suite 240<br>Alpharetta, GA, 30022 |
| 2.14 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | 11680 Great Oaks Way<br>Suite 100<br>Lessor<br><br>180 | North Point Cardiology Associates, LLC<br>11680 Great Oaks Way<br>Suite 100<br>Alpharetta, GA, 30022 |
| 2.15 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | 11680 Great Oaks Way<br>Suite 230<br>Alpharetta, GA 30022<br>Lessor<br>240 | Royal Ridge Chiropractics, LLC<br>11680 Great Oaks Way<br>Suite 230<br>Alpharetta, GA, 30022 |
| 2.16 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | 11680 Great Oaks Way<br>Suite 630<br>Alpharetta, GA 30022<br>Lessor<br>240 | Lifehope Practice Management, LLC<br>11680 Great Oaks Way<br>Suite 630<br>Alpharetta, GA, 30022 |
| 2.17 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | 11680 Great Oaks Way<br>Suite 620<br>Alpharetta, GA 30022<br>Lessor<br>240 | North Point Clinic, LLC<br>11680 Great Oaks Way<br>Suite 620<br>Alpharetta, GA, 30022 |
| 2.18 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | 11680 Great Oaks Way<br>Suite 150<br>Alpharetta, GA 30022<br>Lessor<br>180 | Royal Ridge Imaging, LLC<br>11680 Great Oaks Way<br>Suite 150<br>Alpharetta, GA, 30022 |
| 2.___ | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | | |

**Fill in this information to identify the case:**

Debtor name ___11680 ROYAL RIDGE MOB1 SPE, LLC___

United States Bankruptcy Court for the: ___Northern District of Georgia___

Case number (If known): ___22-57946___

☐ Check if this is an amended filing

## Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

| | |
|---|---|
| **1. Does the debtor have any codebtors?** | |
| ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form. | |
| ☑ Yes | |

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.1 Scott C. Honan | Scott C. Honan<br>11680 Great Oaks Way<br>Suite 120<br>Alpharetta, GA 30022 | RGA Reinsurance Company | ☑ D<br>☐ E/F<br>☐ G |
| 2.2 | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.5 | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.6 | | | ☐ D<br>☐ E/F<br>☐ G |

**Fill in this information to identify the case:**

Debtor name ___11680 ROYAL RIDGE MOB1 SPE, LLC___

United States Bankruptcy Court for the: ___Northern District of Georgia___

Case number (If known): ___22-57946___

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

| Part 1: | Income |
| --- | --- |

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
| --- | --- | --- | --- | --- | --- |
| **From the beginning of the fiscal year to filing date:** | From 01/01/2022<br>MM / DD / YYYY | to | Filing date | ☐ Operating a business<br>☐ Other | $ 9,139.56 |
| **For prior year:** | From 02/01/2021<br>MM / DD / YYYY | to | 12/31/2021<br>MM / DD / YYYY | ☐ Operating a business<br>☐ Other | $ 187,726.00 |
| **For the year before that:** | From ____<br>MM / DD / YYYY | to | ____<br>MM / DD / YYYY | ☐ Operating a business<br>☐ Other | $ _____ |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
| --- | --- | --- | --- | --- | --- |
| **From the beginning of the fiscal year to filing date:** | From ____<br>MM / DD / YYYY | to | Filing date | _____ | $ _____ |
| **For prior year:** | From ____<br>MM / DD / YYYY | to | ____<br>MM / DD / YYYY | _____ | $ _____ |
| **For the year before that:** | From ____<br>MM / DD / YYYY | to | ____<br>MM / DD / YYYY | _____ | $ _____ |

| Debtor | 11680 ROYAL RIDGE MOB1 SPE, LLC | Case number (if known) | 22-57946 |
|---|---|---|---|
| | Name | | |

---

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |
|---|---|

3. **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/23 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☑ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | | | $ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| | Creditor's name | | | |
| 3.2. | | | $ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| | Creditor's name | | | |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | Honan Human Resources, LLC | 6/22/2021 | $ 4,100.00 | Honan Human Resources for wages |
| | Insider's name<br>3330 Preston Ridge Road<br>Suite 380<br>Alpharetta, GA 30005 | | | |
| | **Relationship to debtor** | | | |
| 4.2. | Glenridge Lifehope SPE, LLC | 9/27/22 | $ 100.00 | |
| | Insider's name<br>16192 Coastal Highway<br>Lewes, DE 19958 | | | |
| | **Relationship to debtor** | | | |

| Debtor | 11680 ROYAL RIDGE MOB1 SPE, LLC | | Case number *(if known)* | 22-57946 |
|---|---|---|---|---|
| | Name | | | |

---

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1. | | | | $ |
| | Creditor's name | | | |
| 5.2. | | | | $ |
| | Creditor's name | | | |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| | Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|---|
| | | | | $ |
| | Creditor's name | | | |

Last 4 digits of account number: XXXX–_____

---

## Part 3:    Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☑ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | | | | ☐ Pending ☐ On appeal ☐ Concluded |
| | Case number | | | |
| 7.2. | Case title | | Court or agency's name and address | ☐ Pending ☐ On appeal ☐ Concluded |
| | Case number | | | |

Debtor  11680 ROYAL RIDGE MOB1 SPE, LLC
_____
Name

Case number (if known) 22-57946

## 8. Assignments and receivership

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | _____ | $_____ |
| _____ | | |
| Custodian's name | Case title | Court name and address |
| | _____ | _____ |
| | | Name |
| | Case number | |
| | _____ | |
| | Date of order or assignment | |
| | _____ | |

**Part 4:    Certain Gifts and Charitable Contributions**

## 9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☑ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | _____ | | _____ | $_____ |
| | Recipient's name | | _____ | $_____ |
| | Recipient's relationship to debtor | | | |
| | _____ | | | |
| 9.2. | _____ | | _____ | $_____ |
| | Recipient's name | | _____ | $_____ |
| | Recipient's relationship to debtor | | | |
| | _____ | | | |

**Part 5:    Certain Losses**

## 10. All losses from fire, theft, or other casualty within 1 year before filing this case.

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | | |
| | _____ | _____ | $_____ |

| Debtor | 11680 ROYAL RIDGE MOB1 SPE, LLC | Case number *(if known)* | 22-57946 |
| | Name | | |

## Part 6:  Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Rountree, Leitman, Klein & Geer, LLC | | 09/2022 | $ 25,000.00 |
| | **Address** | | | |
| | 2987 Clairmont Road, Suite 350 Atlanta, GA 30329 | | | |
| | **Email or website address** wgeer@rlkglaw.com | | | |
| | **Who made the payment, if not debtor?** | | | |
| | L&S Capital Holdings, LLC | | | |

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | _____ | | _____ | $ _____ |
| | **Address** | | | |
| | | | | |
| | **Email or website address** | | | |
| | _____ | | | |
| | **Who made the payment, if not debtor?** | | | |
| | _____ | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

| | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| | _____ | | _____ | $ _____ |
| | **Trustee** | | | |
| | _____ | | | |

| Official Form 207 | Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy | page 5 |

| Debtor | 11680 ROYAL RIDGE MOB1 SPE, LLC | | Case number *(if known)* | 22-57946 |
|---|---|---|---|---|
| | Name | | | |

---

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | _____ | | _____ | $ _____ |
| | Address | | | |
| | _____ | | | |
| | Relationship to debtor | | | |
| | _____ | | | |
| 13.2. | Who received transfer? | | _____ | $ _____ |
| | _____ | | | |
| | Address | | | |
| | _____ | | | |
| | Relationship to debtor | | | |
| | _____ | | | |

---

**Part 7:    Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | | Dates of occupancy | |
|---|---|---|---|---|
| 14.1. | 3330 Preston Ridge Road, Suite 380<br>Alpharetta, GA 30005 | From | 02/01/2021 | To 05/01/2022 |
| 14.2. | | From | _____ | To _____ |

---

| Debtor | 11680 ROYAL RIDGE MOB1 SPE, LLC | Case number *(if known)* 22-57946 |
|---|---|---|
| | Name | |

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____ | | _____ |
| Facility name | | |
| | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?** *Check all that apply:* ☐ Electronically ☐ Paper |

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.2. _____ | | _____ |
| Facility name | | |
| | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?** *Check all that apply:* ☐ Electronically ☐ Paper |

| Part 9: | Personally Identifiable Information |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?

☐ No

☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: _____ |

Has the plan been terminated?

☐ No

☐ Yes

Debtor      11680 ROYAL RIDGE MOB1 SPE, LLC
            _____          Case number *(if known)* 22-57946
            Name

---

| **Part 10:** | **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units** |
|---|---|

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | _____<br>Name | XXXX–_____ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |
| 18.2. | _____<br>Name | XXXX–_____ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name<br><br>Address | | | ☐ No<br>☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name<br><br>Address | | | ☐ No<br>☐ Yes |

Debtor    11680 ROYAL RIDGE MOB1 SPE, LLC
_____
Name

Case number (*if known*) __22-57946__

---

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list property leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| _____<br>Name | | | $_____ |

---

**Part 12:    Details About Environmental Information**

For the purpose of Part 12, the following definitions apply:

■ *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

■ *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

■ *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ | | | ☐ Pending |
| **Case number** | _____<br>Name | | ☐ On appeal |
| _____ | | | ☐ Concluded |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____<br>Name | _____<br>Name | | _____ |

---

Debtor    11680 ROYAL RIDGE MOB1 SPE, LLC
_____
Name

Case number (*if known*) 22-57946
_____

---

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____<br>Name | _____<br>Name | | _____ |

---

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |
|---|---|

---

25. **Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | _____<br>Name | | EIN: _____<br><br>**Dates business existed**<br><br>From _____    To _____ |
| 25.2. | _____<br>Name | | EIN: _____<br><br>**Dates business existed**<br><br>From _____    To _____ |
| 25.3. | _____<br>Name | | EIN: _____<br><br>**Dates business existed**<br><br>From _____    To _____ |

---

Debtor    11680 ROYAL RIDGE MOB1 SPE, LLC
_____
Name

Case number *(if known)* 22-57946

---

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1. Frazier & Deeter, LLC<br>Name<br>2710 Old Milton Parkway, Suite 250, Alpharetta, GA 30009 | From 01/01/2021<br>To 10/27/2022 |

| Name and address | Dates of service |
|---|---|
| 26a.2. Honan Property Management<br>Name<br>11680 great Oaks Way Suite 120, Atlanta, GA 30022 | From _____<br>To _____ |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|
| 26b.1. _____<br>Name | From _____<br>To _____ |

| Name and address | Dates of service |
|---|---|
| 26b.2. _____<br>Name | From _____<br>To _____ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. Frzaier & Deeter, LLC<br>Name<br>2710 Old Milton Parkway, Suite 250, Alpharetta, GA 30009 | |

---

Debtor    11680 ROYAL RIDGE MOB1 SPE, LLC
Name

Case number (if known) 22-57946

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26c.2. | Honan Property Management
Name
11680 great Oaks Way Suite 120, Atlanta, GA 30022

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|

26d.1.
Name

| Name and address |
|---|

26d.2.
Name

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
|  |  | $ |

| Name and address of the person who has possession of inventory records |
|---|

27.1.
Name

Debtor    11680 ROYAL RIDGE MOB1 SPE, LLC
_____
Name

Case number *(if known)* 22-57946
_____

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

| Name and address of the person who has possession of inventory records |
|---|
| 27.2. _____ <br> Name |

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| 11680 Royal Ridge MEZZ, LLC | 11680 Great Oaks Way, Suite 120 , Alpharetta, GA 30022 | Member | 100 |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
|  |  |  | _____ To _____ |
|  |  |  | _____ To _____ |
|  |  |  | _____ To _____ |
|  |  |  | _____ To _____ |

**30.** Payments, distributions, or withdrawals credited or given to insiders

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. _____ <br> Name | _____ | _____ |  |
|  |  | _____ |  |
|  |  | _____ |  |
| Relationship to debtor <br> _____ |  | _____ |  |

| Debtor | 11680 ROYAL RIDGE MOB1 SPE, LLC | Case number *(if known)* | 22-57946 |
|---|---|---|---|
| | Name | | |

---

**30.2**

| Name and address of recipient | | |
|---|---|---|
| Name | | |

**Relationship to debtor**

---

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☒ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | EIN: _____ |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | EIN: _____ |

---

## Part 14: Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    10/28/2022
                MM  / DD  / YYYY

✘ /s/ Scott C Honan                            Printed name  Scott C Honan
Signature of individual signing on behalf of the debtor

Position or relationship to debtor  Designated Manager

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☐ No

☒ Yes

Debtor Name    11680 ROYAL RIDGE MOB1 SPE, LLC

Case number *(if known)*   22-57946

### Continuation Sheet for Official Form 207

**4) Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

| | | |
|---|---|---|
| **Forsyth Physicians Center SPE 1, LLC** | 3330 Preston Ridge Road Suite 380, Alpharetta, GA 30005 | $100.00 |
| **Honan Preferred Equity, LLC** | 3330 Preston Ridge Road Suite 380, Alpharetta, GA 30005 | $102,000.00 |

| Fill in this information to identify the case and this filing: |
| --- |

Debtor Name _11680 ROYAL RIDGE MOB1 SPE, LLC_

United States Bankruptcy Court for the: Northern District of Georgia

Case number (*If known*): _22-57946_

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### ▉ Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* ____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _10/28/2022_          ✖ /s/ Scott C Honan
MM / DD / YYYY                    Signature of individual signing on behalf of debtor

                                 Scott C Honan
                                 Printed name

                                 Designated Manager
                                 Position or relationship to debtor

United States Bankruptcy Court

Northern District of Georgia

In re:  11680 ROYAL RIDGE MOB1 SPE, LLC

Case No.  22-57946

Chapter   11

Debtor(s)

**Verification of Creditor Matrix**

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: _____10/28/2022_____

/s/ Scott C Honan
_____
Signature of Individual signing on behalf of debtor

Designated Manager
_____
Position or relationship to debtor

**United States Bankruptcy Court**

IN RE:                                            Case No. 22-57946
                                                  _____

11680 ROYAL RIDGE MOB1 SPE, LLC
_____   Chapter  11
                                                     _____

## LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (Or Percentage) | Security Class (or kind of interest) |
| --- | --- | --- |
| 11680 Royal Ridge MEZZ, LLC<br>11680 Great Oaks Way, Suite 120 , Alpharetta, GA 30022 | 100 | Other (Sole Member) |

A and S Lock and Safe
433 Canton Road
Cumming, GA

Alpharetta Cloud Health Medical Services, LLC
11680 Great Oaks Way
Suite 420
Alpharetta, GA 30022

Alpharetta Infrared Therapy, LLC
11680 Great Oaks Way
Suite 330
Alpharetta, GA 30022

Alpharetta Pain Management, LLC
11680 Great Oaks Way
Alpharetta, GA 30022

Alpharetta Physician Advisors, LLC
11680 Great Oaks Way
Suite 500
Alpharetta, GA 30022

Alpharetta Sports Sciences, LLC
11680 Great Oaks Way
Suite 310
Alpharetta, GA 30022

Alpharetta Sports Specific Training, LLC
11680 Great Oaks Way
Suite 300
Alpharetta, GA 30022

American Telecommunications Services Inc.
1832 Jakes Cove
Loganville, GA

AT&T
PO Box 5014
Carol Stream, IL 60197-5014

Atlanta Medical Institute for Medical Weight Loss, LLC
11680 Great Oaks Way
Suite 530
Alpharetta, GA 30022

Atlanta Wellpoint Cancer Diagnostics, LLC
11680 Great Oaks Way
Suite 140
Alpharetta, GA 30022

Capital City Mechanical Services, Inc.
4955 Avalon Ridge Parkway
Suite 100
Peachtree Corners, GA 30071

Convergint Technologies LLC
35257 Eagle Way
Chicago, IL 60678-1352

County Fire Equipment LLC
736 Lawrence Street NE
Marietta, GA 30060

Department of  Justice, Tax Division
Civil Trial Section, Southern Region
PO Box 14198
Washington, DC 20044

Dogwood Facilities Services LLC
1216 Weeping Willow
Atlanta, GA 30188-4650

Einstein Smartcare, LLC
11680 Great Oaks Way
Suite 600
Alpharetta, GA 30022

Fulton County Water
PO Box 105300
Atlanta, GA 30308-3374

GA Granite
4295 Wendell Drive
Atlanta, GA 30336

Georgia Department of Labor
148 Andrew Young Inter. Blvd
Room 738
Atlanta, GA 30303-0000

Georgia Department of Revenue
1800 Century Boulevard
Suite 9100
Atlanta, GA 30345-0000

Georgia Power
241 Ralph McGill Blvd
Atlanta, GA 30308-3374

Hart Electrical Contractors, Inc.
309 Oakland Road
Building 200
Lawrenceville, GA 30044


Honan Preferred Equity, LLC
11680 Great Oaks Way
120
Alpharetta, GA 30022


Honan Property Management, LLC
11680 Great Oaks Way
Suite 110
Alpharetta, GA 30022


Honan Traywick, LLC
11680 Great Oaks Way
Suite 120
Alpharetta, GA 30022


Internal Revenue Service
CIO
P.O. Box 7346
Philadelphia, PA 19101-7346


Internal Revenue Service
401 W. Peachtree St. NW
Stop 334-D
Atlanta, GA 30308


Lifehope Genetics Life and Wellness, LLC
11680 Great Oaks Way
Suite 400
Alpharetta, GA 30022


Lifehope Microbiome, LLC
11680 Great Oaks Way
Suite 410
Alpharetta, GA 30022


Lifehope Practice Management, LLC
11680 Great Oaks Way
Suite 630
Alpharetta, GA 30022


Lipscomb & Pitts Insurance
2670 Union Ave Extended
Suite 100
Memphis, TN 38112-4416


Mittere, Inc. d/b/a Oxygen Therapy
11680 Great Oaks Way
Suite 240
Alpharetta, GA 30022


Monumental Equipment, Inc.
420 Thunder Road
Buford, GA 30518


North Point Cardiology Associates, LLC
11680 Great Oaks Way
Suite 100
Alpharetta, GA 30022


North Point Clinic, LLC
11680 Great Oaks Way
Suite 620
Alpharetta, GA 30022


Pencor, LLC
625 Sienna Drive
Cumming, GA 30040


RGA Reinsurance Company
16600 Swingley Ridge Road
Chesterfield, MO 63017


Royal 400 Property Owner's Association, Inc.
c/o Holder Properties, Inc, 3300 Cumberland Blvd
Atlanta, GA 30339


Royal Ridge Chiropractics, LLC
11680 Great Oaks Way
Suite 230
Alpharetta, GA 30022


Royal Ridge Imaging, LLC
11680 Great Oaks Way
Suite 150
Alpharetta, GA 30022


Scott C. Honan
11680 Great Oaks Way
Suite 120
Alpharetta, GA 30022


Section 10, Incorporated
266 Woodland Road
Norcross, GA 30071

Southern Inspection Group Inc.
5218 Arbor View Lane
Sugar Hill, GA 30518


Spectra Contract Flooring
PO Box 208408
Dallas, TX 75320


Superior Water Services Inc
PO Box 6637
Marietta, GA 30065


TefftNet, Inc. / IMPAK
PO Box 820706
Houston, TX 77282-0706


The Tile Shop, LLC
PO Box 74007280
Chicago, IL 60674-7280


Traditions In Tile
3065 Trotters Parkway
Alpharetta, GA 30004


United Fire Protection, Inc
3247 Tech Drive
ST. Petersburg, GA 33716


United States Attorney General
C/o Merrick Garland/ US Department of Justice
950 Pennsylvania Ave NW
Washington, DC 20530


United States Attorney/ Civil Process Clerk
600 Richard  B. Russell Building
Atlanta, GA 30303


Waste Management
PO Box 42930
Phoenix, AZ 85080

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court

Northern District of Georgia

**In re** 11680 ROYAL RIDGE MOB1 SPE, LLC

Case No. 22-57946

**Debtor**

Chapter 11

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☐ <u>FLAT FEE</u>

For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____

Prior to the filing of this statement I have received. . . . . . . . . . . . . . . . . . . . . . . $ _____

Balance Due. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____

☑ <u>RETAINER</u>

For legal services, I have agreed to accept a retainer of . . . . . . . . . . . . . . . . . . . $ 25,000.00

The undersigned shall bill against the retainer at an hourly rate of . . . . . . . . . . $ 495.00

[Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2. The source of the compensation paid to me was:

   ☐ Debtor        ☑ Other (specify)   L&S Capital Holdings, LLC

3. The source of compensation to be paid to me is:

   ☑ Debtor        ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the Agreement, together with a list of the names of the people sharing the compensation is attached.

5. In return of the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

    d.  [Other provisions as needed]

A. prepare and file on behalf of the client all petitions, schedules, statements, plans, and other documents or pleadings;

B. attend and represent the client at all meetings of creditors, hearings, trials, conferences, and other proceedings, whether in or out of court;

C. provide legal advice to the client as to the rights, duties, and powers of the client as a debtor in possession in a chapter 11 case, and as to other matters arising in or related to the chapter 11 case; and

D. otherwise assist, advise, and represent the client on matters related to the chapter 11 case as requested by the client

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

Adversary Proceedings Filed Against Debtor.

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

10/28/2022
_____
*Date*

/s/ Will Geer, 940493
_____
*Signature of Attorney*

Rountree, Leitman, Klein & Geer, LLC
_____
*Name of law firm*
2987 Clairmont Road
Suite 350
Atlanta, GA 30329