UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| | : | |
| 11680 ROYAL RIDGE MOB1 SPE, LLC, | : | CASE NO. 22-57946-PMB |
| | : | |
| DEBTOR. | : | |
| _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | : | _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ |
| | : | |
| MARY IDA TOWNSON, | : | |
| UNITED STATES TRUSTEE, | : | |
| | : | |
| MOVANT. | : | |
| | : | |
| -vs- | : | CONTESTED MATTER |
| | : | |
| 11680 ROYAL RIDGE MOB1 SPE, LLC, | : | |
| | : | |
| RESPONDENT. | : | |

**MOTION TO DISMISS OR CONVERT CASE**

COMES NOW MARY IDA TOWNSON, United States Trustee for Region 21, pursuant to 28 U.S.C. § 586(a)(3) and 11 U.S.C. § 1112(b), and respectfully moves this Court to dismiss or convert this case. In support of this motion, the United States Trustee shows the Court as follows:

1.

Debtor 11680 ROYAL RIDGE MOB1 SPE, LLC ("Debtor") filed a voluntary petition for relief under chapter eleven of the Bankruptcy Code on October 3, 2022.

2.

Cause exists for dismissal because Debtor has not filed any monthly operating reports.

3.

An unexcused failure to satisfy timely any filing or reporting requirement established by this title or by any rule applicable to a case under this chapter is cause to dismiss or convert a case. 11 U.S.C. § 1112(b)(4)(F).

4.

The Bankruptcy Code directs the United States Trustee to ensure that all reports, schedules, and fees required to be filed by a debtor are properly and timely filed, monitor the progress of the case, and take the necessary action to prevent undue delay in such progress.  28 U.S.C. §§ 586 (a)(3)(D) and (G).

5.

The United States Trustee for Region 21 has established Operating Guidelines and Reporting Requirements for Debtors in Possession and Trustees ("the Guidelines").  Every chapter 11 debtor receives a copy of the Guidelines at the beginning of the case and thereby receives written notice of the obligation to file monthly operating reports in a timely manner.  The Guidelines explicitly state that compliance is essential and that the debtor's failure to comply may result in the United States Trustee filing a motion to dismiss the case.

6.

The debtor's failure to timely file the required monthly operating reports is a violation of Federal Rule of Bankruptcy Procedure 2015 and a violation of 11 U.S.C. § 704(a)(8), made applicable to a chapter 11 debtor-in-possession by 11 U.S.C. §§ 1106(a)(1) and 1107(a).

7.

"Timely and accurate financial disclosure is the lifeblood of the Chapter 11 process."  *In re Tornheim*, 181 B.R. 161, 164 (Bankr. S.D.N.Y. 1995).  Monthly operating reports are not mere busywork; they are the means by which the United States Trustee is able to make an independent assessment of a debtor's current financial condition and its prospects for reorganization.  *Id*.

8.

The United States Trustee should not be forced to implore a chapter 11 debtor to file monthly operating reports in a timely manner. *In re McClure*, 69 B.R. 282, 290 (Bankr. N.D. Ind. 1987).

WHEREFORE, the United States Trustee respectfully requests that this Court dismiss or convert this case.

>MARY IDA TOWNSON
>UNITED STATES TRUSTEE
>REGION 21
>
>***s/ Thomas W. Dworschak***
>Thomas W. Dworschak
>Trial Attorney
>Georgia Bar No. 236380
>United States Department of Justice
>Office of the United States Trustee
>362 Richard Russell Building
>75 Ted Turner Drive, SW
>Atlanta, Georgia 30303
>(404) 331-4439
>thomas.w.dworschak@usdoj.gov

## CERTIFICATE OF SERVICE

This is to certify that I have on January 31, 2023, electronically filed the foregoing *MOTION TO DISMISS OR CONVERT CASE* using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

- Will B. Geer                    wgeer@rlkglaw.com

- Thomas R. Walker             thomas.walker@fisherbroyles.com

- Matthew M. Wilkins           mwilkins@kingyaklin.com

3

- Frank W. DeBorde  fwd@mmmlaw.com
- Talia B. Wagner  twagner@mmmlaw.com

    I further certify that I have on January 31, 2023, caused a copy of this document to be served via United States First Class Mail, with adequate postage prepaid on the following party at the address shown:

11680 Royal Ridge MOB1 SPE, LLC
11680 Great Oaks Way
Suite 120
Alpharetta, GA 30022

                                  ***/s/ Thomas W. Dworschak***